# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY RENO MEVES,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CHESTER MILLER,<br>President & C.E.O. of Rand<br>Mining Co., etc.,<br><br>　　　　　　Defendants.<br>_____/ | Case No. 1:07-cv-1517 LJO TAG<br><br>ORDER DIRECTING PLAINTIFF<br>TO FILE A CORRECTED<br>APPLICATION FOR LEAVE TO<br>PROCEED IN FORMA PAUPERIS<br><br>DEADLINE TO FILE NEW<br>IFP APPLICATION: 15 DAYS<br>FROM DATE OF SERVICE OF THIS ORDER |

On October 18, 2007, Plaintiff Rocky Reno Meves ("Plaintiff"), a prisoner proceeding pro se, filed a civil rights complaint, 42 U.S.C. § 1983. (Doc. 1). Plaintiff filed a motion to proceed in forma pauperis ("IFP application") on October 19, 2007. (Doc. 2). Plaintiff submitted the wrong IFP application and, further, did not file certified trust account statements, as required. (Doc. 2). Accordingly, IT IS HEREBY ORDERED that:

1.　The Clerk of Court is DIRECTED to send Plaintiff an Application to Proceed without Prepayment of Fees and Affidavit by a Prisoner; and

2.　Plaintiff is ORDERED to file the new Application, with all of the required information and documents, no later than 15 days from the date of service of this order.

IT IS SO ORDERED.

Dated:　**November 2, 2007**　　　　　　　　　　　　　**/s/ Theresa A. Goldner**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE