# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROCKY RENO MEVES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CHESTER MILLER,<br>President/C.E.O. of Rand Mining Co., etc.,<br><br>　　　　　Defendants.<br>_____/ | Case No. 1:07-cv-1517 LJO TAG<br><br>ORDER TO ADOPT FINDINGS AND RECOMMENDATIONS TO DISMISS COMPLAINT WITHOUT PREJUDICE (Doc. 7) |

On October 18, 2007, Plaintiff Rocky Reno Meves ("Meves"), a state prisoner proceeding pro se, filed a civil rights complaint, 42 U.S.C. § 1983. (Doc. 1). The matter was referred to the Magistrate Judge pursuant to 28 U.S.C. § 636(b) and Local Rule 72-302. On November 8, 2007, the Magistrate Judge screened Meves' complaint, pursuant to 28 U.S.C. § 1915A. Upon finding that the complaint failed to state a claim that the defendants, under color of state law, violated Meves' constitutional rights, the Magistrate Judge issued Findings and Recommendations, in which she recommended that Meves' complaint be dismissed without prejudice and that this action be closed. (Doc. 7). The Magistrate Judge subsequently denied Meves' motion for an extension of time to file objections to the Findings and Recommendations. (Doc. 11). Thus, there are no objections to the Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), Federal Rule of Civil Procedure 72(b), and Local Rule 72-304, this Court has conducted a de novo review of the case. Having carefully reviewed the entire file, the Court concludes that the Findings and Recommendations filed on November 8, 2007, are supported by the record and by the Magistrate Judge's analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations (Doc. 7), filed November 8, 2007, are ADOPTED IN FULL;

2. This action is DISMISSED WITHOUT PREJUDICE; and

3. The Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

**Dated:   December 7, 2007**             /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE